UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDDIE LEE DARIEN, JR.,

    Plaintiff,

v.                                           CASE NO.: 8:14-cv-446-T-23TBM

CITY OF TAMPA POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

## **ORDER**

On May 12, 2014, the magistrate judge issued a report (Doc. 5) that recommends the denial of the *pro se* plaintiff's motion to proceed *in forma pauperis* (Doc. 2) and recommends the dismissal of the complaint without prejudice. The plaintiff lodges no objection.

The report and recommendation (Doc. 5) is **ADOPTED**, the plaintiff's motion (Doc. 2) is **DENIED WITHOUT PREJUDICE**, and the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

No later than **JUNE 20, 2014**, the plaintiff may file (1) an amended motion to proceed *in forma pauperis* and (2) an amended complaint that states a claim and that cures the deficiencies identified by the magistrate judge. **Under Rule 41, Federal Rules of Civil Procedure, the plaintiff's failure to comply strictly with this order will result without further notice in the dismissal of this action.** Absent an acute

- 2 -

**and unforeseen circumstance outside of the plaintiff's control, no extension of time will issue**.

ORDERED in Tampa, Florida, on May 30, 2014.

*/s/ Steven D. Merryday*
_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE