UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDDIE LEE DARIEN, JR.,

    Plaintiff,

v.                                                 CASE NO.: 8:14-cv-446-T-23TBM

CITY OF TAMPA POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

## **ORDER**

On July 11, 2014, the magistrate judge issued a report (Doc. 11) that recommends the denial of the *pro se* plaintiff's amended, construed motion to proceed *in forma pauperis* (Doc. 9) and that recommends the dismissal of the amended complaint. The plaintiff objects (Doc. 12).

As noted by the magistrate judge (Doc. 11 at 3), the amended complaint (1) fails to allege the elements of a cognizable claim and (2) fails to establish federal jurisdiction. The report and recommendation (Doc. 11) is **ADOPTED**, the plaintiff's objection (Doc. 12) is **OVERRULED**, the plaintiff's amended motion (Doc. 9) is **DENIED**, and the amended complaint (Doc. 9) is **DISMISSED**.

The clerk (1) will terminate any pending motion and (2) will close the case.

ORDERED in Tampa, Florida, on July 22, 2014.

                                                                  *[signature]*
                                                STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE